**ORIGINAL**

**FILED**

08/23/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 23-0460

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### OP 23-0460

---

MONTANA LEE COVINGTON,

Petitioner,

v.

MONTANA EIGHTH JUDICIAL DISTRICT
COURT, CASCADE COUNTY, THE
HONORABLE DAVID J. GRUBICH,
PRESIDING,

Respondent.

**FILED**

AUG 2 3 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

---

Petitioner Montana Lee Covington, via counsel, seeks a writ of supervisory control to reverse the ruling denying the State's motion to dismiss its petition for revocation in the Eighth Judicial District Court, Cascade County, in Cause No. ADC-22-003, in which Covington is the defendant. He further requests that the District Court matter be stayed pending the resolution of this petition.

Having reviewed the Petition and the challenged Order, we deem it appropriate to obtain a summary response. Therefore, in accordance with M. R. App. P. 14(7),

IT IS ORDERED that the Eighth Judicial District Court and the State of Montana, or both, are each granted until September 6, 2023, to prepare, file, and serve a response(s) to the petition for writ of supervisory control.

IT IS FURTHER ORDERED that the proceedings in the underlying case are STAYED pending this Court's decision on the Petition.

The Clerk is directed to provide immediate notice of this Order to counsel for Petitioner, all counsel of record in the Eighth Judicial District Court, Cascade County, Cause No. ADC-22-003, and the Honorable David J. Grubich, presiding.

DATED this 23rd day of August, 2023.

_____

_____

_____

_____
                                              Justices